UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA



LEGAL MAIL
Provided to Florida State Prison on 6/9/20 for mailing by _____

"**AMENDED**"

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Randy L. Woullard                    ,

Inmate ID Number: 618997             ,

_____,

*(Write the full name and inmate ID number of the Plaintiff.)*

3:20cv5421-LC-MAF

**Case No.:** __
*(To be filled in by the Clerk's Office)*

v.

Eryn Carter                          ,

_____,

_____,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

_____/

**Jury Trial Requested?**
☑ YES   ☐ NO

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Randy L. Woullard    ID Number: 618997

List all other names by which you have been known: _____

Current Institution: Florida State Prison

Address: P.O. BOX 800, RAIFORD, FL 32083

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Eryn Carter

   Official Position: (was Sergeant) resigned

   Employed at: Santa Rosa Correctional Institution (at time)

   Mailing Address: (unknown)

   ✓ Sued in Individual Capacity    ✓ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity        ☐ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity        ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee            ☐ Civilly Committed Detainee

☑ Convicted State Prisoner     ☐ Convicted Federal Prisoner

☐ Immigration Detainee         ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached.  *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

1. At time of this relevant case, Plaintiff was a close management inmate at Santa Rosa Correctional Institution-Main Unit (hereinafter SARCI M/U)

2. On June 29, 2018 between 10-10:40 pm while receiving in F3 wing Defendant Carter told Plaintiff "I am gonna knock you off." This means in slang "I am going to harm you" or "I want to have sex with you."

3. Prior to shift change on June 30, 2018 between 6:15 - 6:25 am Defendant Carter came to Plaintiff's cellfront, F3203, stating "take your clothes off please" and smiled at me. Upon making no response Defendant Carter walked away.

4. On June 30, 2018 between 8:10 - 8:20 Officers Edson and Pierce removed Plaintiff's cellmate, Lawrence Coleman from cell, F3203, in hand restraint for shower as Plaintiff remained in unsecured cell said without restraints.

5. Defendant Carter visibly recognized his subordinate

**Statement of Facts Continued** *(Page ___ of ___)*

(officers Edson/Pierce) breach of security never to intervene or correct them.

6. Instead, Defendant Carter entered Plaintiff's cell between 8:30 - 8:40 pm on June 30, 2018 without the presence of another staff. Upon looking Plaintiff directly in eyes, Defendant Carter stated (loudly) "lets have fun," as I laid in upperbunk of cell, F3203.

7. Initially, Defendant Carter grabbed Plaintiff's sensitive right ankle/foot area bending my right leg forcefully towards my head as Plaintiff became aroused with aggravated arthritis pain enabling Defendant Carter to overwhelm me from this position as he knowingly pulled away my blue shorts along with boxers resulting in a sharp penetration of multiple fingers into my rectum of approximate minimum of ½ inch as I mustered to jerk away. Defendant Carter then slapped Plaintiff in facial area and walked away stating nobody better not find out as he secured cell door.

Statement of Facts Continued (Page ___ of ___)

8. Plaintiff suffered injuries & pain of sexual battery, sharp rectum pain (temporary), shock (temporary), chest pain (temporary), arthritis pain (temporary), as well as, post traumatic stress disorder diagnosis, other specified depressive disorder diagnosis, humilation and quality of life.

9. Plaintiff requested audio/video in housing unit that captured all aforementioned relevant facts to support this cause of action.

6A

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

1. Defendant Carter unjustly sexually harrassed Plaintiff (2) time prior to entering Plaintiff's cell without presence of another staff, penetrating Plaintiff's rectum proximate cause of injuries/pain suffered, thus constituting cruel & unusual punishment prohibited by 8th Amendment; sexual harrassment, sexual battery and battery (slapped in face) under laws of state of Florida; mental & emotional injuries;

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

1. The court exercise supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C Section 1367;

2. Plaintiff seek state indictment;

SEE CONTINUATION

> **ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act...." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

> **ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

VI. RELIEF REQUESTED (CONTINUATION)

3. Award $100,000 in compensatory damages against Defendant Carter.

4. Award $500,000 in punitive damages against Defendant Carter.

5. Plaintiff seek recovery of his cost in suit that includes all attorney fees

6. Plaintiff also seek a jury trial on all issues triable by jury, and

7. Any additional relief this court deems just proper and equitable

8A

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: _____ Case #: _____

   Court: _____

2. Date: _____ Case #: _____

   Court: _____

3. Date: _____ Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either ***state or federal court*** dealing with the same facts or issue involved in this case?

☐ YES  ☒ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES   ☐ NO

If you answered yes, identify all lawsuits:

1. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

3. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases.* **Failure to disclose all prior cases may result in the dismissal of this case.***)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 6-9-20  Plaintiff's Signature: _____

Printed Name of Plaintiff: Randy L. Woullard

Correctional Institution: Florida State Prison

Address: P.O. Box 800   Raiford, FL 32083

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in

the prison's mail system for mailing on the 9th day of June, 20 20.

Signature of Incarcerated Plaintiff: _____

ClerkAdmin/Official/Forms

13

the prison's mail system for mailing on the 9th day of June, 20 20.

Signature of Incarcerated Plaintiff: _____

Mailed From A State Correctional Institution

RANDY L. WOULLARD
DC #618997  L1231
FLORIDA STATE PRISON
P.O. BOX 800
RAIFORD, FL 32083-0800

CLERK OF COURT
U.S. DISTRICT COURT
1 NORTH PALAFOX STREET
PENSACOLA, FL 32502