IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA (PENSACOLA)

LEGAL MAIL PROVIDED TO NEW RIVER C.I.

MAR 01 2021

FOR MAILING
INMATES INITIALS

Randy L. Woullard
Plaintiff,

Case No. 3:20-cv-5421-LC-MAF

V.

Sergeant Eryn Carter
Defendant

## NOTICE OF APPOINTMENT OF EXPERT

COMES NOW, Plaintiff Randy L. Woullard pro se to move this Honorable Court to appoint expert witness under Rule 706 Fed. R. Civ. P. for reasons as follows:

1. Plaintiff proceed in instant case in forma pauperis

2. Plaintiff sought resources for foresenic via legal assistant from law library on or around Feburary 10, 2021 without resolution or availibility.

3. Plaintiff's case involve elements of sexual battery with gloves being used by Defendant. Plaintiff firmly informed Inspector Kate Gustafson multiple times, upon being deposed under sworn oath, I wanted foresenic exam conducted, as well as, telling her, supra, the clothes I had on [n]ow were the ones I wore during sexual battery. id. Subsequently, Inspector Kate Gustafson advised Sexual Assault Response Team (SART) for possible (SART) callout. *Dr. V. Sheffield
*Dr. V. Sheffield name is blacked out, it appears on exhibit (D)



advised since the alleged sexual battery occurred with a glove hand there would be no obtainable evidence to collect. Therefore, SART would not respond. -SEE EXHIBITS C/D that verify this occurence.

4. Plaintiff's theory in this case is that evidence of forensic was [ir]relevant. However, it was suppressed unjustly because it would've been beneficial to the Plaintiff. The factual basis for need of expert is to show that (SART) Dr. V. Sheffield implication that glove was not torn as [o]pposed to torn during physical altercation (sexual battery) is a departure of impartial standing to justify activating (SART) responding to my forensic examination. In addition, there existed [p]ossibility of obtainable (forensic) evidence despite Defendant wearing gloves.

5. Plaintiff's legal basis for expert is for scientific or techinal kind dealing with a system of logic and experimentation, based on tried-and-true principles and methods accepted as reliable in given field of science (forensic) to be applied to the facts at hand in order to assist the jury in making a decision. His or her testimony falls under the Rule 702 fed. R. Evid.

6. The expert's role in this case must advise the parties of any findings the experts makes; may be deposed by any party; may be called to testify by the Court or any party;

and may be crossed-examined by any party.

In conclusion, Plaintiff ask this Honorable Court to appoint expert witness critical to this cause of action of any choosing of its own. Such is essential for factfinder to make a decision on unfamiliar forensic analysis of reliable expert that will serve justice for both parties. Plaintiff ask that this Court shoulder the expenses for obtaining an expert.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true & correct copy of the foregoing motion "Notice of Appointment of Expert" was served by U.S. Mail on opposing counsel, PL-01, The Capitol, 400 S. Monroe St., Tallahassee FL 32399 and Clerk of Court, U.S. District Court, 111 N. Adams St., Tallahassee, FL 32301-7717 on _____

/s/



**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**

EXHIBIT (C)

*An Equal Opportunity Employer*

*Governor*
**RICK SCOTT**

*Secretary*
**JULIE L. JONES**

*Inspector General*
**LESTER FERNANDEZ**

501 S. Calhoun Street, Tallahassee, FL 32399-2500            http://www.dc.state.fl.us

| | |
|---|---|
| To: | DOUG WIENER, CHIEF OF INVESTIGATIONS |
| FROM: | SENIOR INSPECTOR KATE GUSTAFSON |
| DATE: | JULY 1, 2018 |
| SUBJECT: | SEXUAL BATTERY *(STAFF ON INMATE)* / SANTA ROSA CORRECTIONAL INSTITUTION NMATE ▇▇▇▇ *(VICTIM)* / SERGEANT ERYN CARTER *(SUSPECT)* |

## Case Introduction:

On July 1, 2018 at 8:50 a.m., Inspector Supervisor Yolanda Brown notified Senior Inspector Kate Gustafson, of a PREA incident at Santa Rosa C.I. Inmate ▇▇▇▇ alleged to staff he had been sexually battered by Correctional Officer Sergeant Eryn Carter on June 30, 2018, inside of secured cell ▇▇▇. On July 1, 2018, at 9:50 a.m., Inspector Gustafson arrived at Santa Rosa C.I.

## Summarize Event Timeline:

*This time line is a culmination of incident logs created by several persons in several locations, times are approximate.*

### July 1, 2018 *(CST)*

- 7:30 a.m., Security Staff collected a witness statement from Inmate ▇▇▇ alleging he had been sexually battered by Sergeant Eryn Carter on June 30, 2018.
- 8:10 a.m., Inmate ▇▇▇ was escorted ▇▇▇▇ F-dormitory ▇▇▇.
- 8:39 a.m., Lieutenant Norris notified EAC.
- 8:49 a.m., EAC notified Inspector Supervisor Yolanda Brown.
- 8:50 a.m., Inspector Supervisor Brown notified Inspector Gustafson.
- 8:51 a.m., Inspector Gustafson contacted Lieutenant Norris for details of the allegations.
- 8:56 a.m., Inspector Gustafson notified Lead Senior Inspector Stacy Harris of the incident.
- 9:50 a.m., Inspector Gustafson arrived at Santa Rosa Correctional Institution and initiated an investigation.
- 10:15 a.m., Inspector Gustafson conducted an interview with Inmate ▇▇▇ *(Complainant/Victim)*. Inmate ▇▇▇ alleged he had been anally penetrated by Sergeant Carter, inside secured cell F3-203, when Sergeant Carter stuck his gloved in finger inside Inmate ▇▇▇ anus.
- 10:39 a.m., Inspector Gustafson contacted Dr. V. Sheffield in reference to a possible

 (D)

- SART call-out. ▓▓▓▓▓ advised since the alleged sexual battery occurred with a gloved hand, there would be no obtainable evidence to collect. Therefore, SART would not respond.
- 10:45 a.m., Inspector Gustafson conducted an interview with Inmate Lawrence Coleman, DC# Y34306 *(Inmate* ▓▓▓▓▓ *cellmate)*, as a potential witness.
- 12:30 a.m., Inspector Gustafson departed Santa Rosa Correctional Institution.

## Allegations and Suspects:

- Allegation – Sexual Battery
- Inmate ▓▓▓▓▓▓▓▓▓▓ *(Complainant/Victim)*
- Sergeant Eryn Carter *(Suspect)*

## Staff Work Pending:

- Submit investigative reports reference actions taken during initial response.
- Obtain and review related reports generated by security and ▓▓▓▓▓.
- Submit evidence to FDLE Lab for comparative analysis, if applicable.
- Review lab analysis report, if applicable.
- Prepare and submit a probable cause affidavit for a Capias, if applicable.

## Projected Conclusion:

- September 1, 2018

Mandy L. Woullard
DC # 618997  G-3206
New River Correctional Institution
P.O. Box 900
Raiford, FL 32083

Mailed From a State Correctional Institution


U.S. POSTAGE >> PITNEY BOWES
ZIP 32083  $ 000.71⁰
0000347348 MAR 02 2021

MAR 04 2021

Clerk of Court
U.S. District Court
111 N. Adams Street
Tallahassee FL. 32301-7717

3230137730 C001

LEGAL MAIL PROVIDED TO
NEW RIVER C.I.

MAR 0 1 2021

FOR MAILING
INMATES INITIALS