IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA (PENSACOLA)

LEGAL MAIL PROVIDED TO NEW RIVER C.I.
MAR 0 1 2021
INMATES FOR-MAILING INITIALS

Randy L. Woullard
Plaintiff,

vs.                                Case No: 3:20-CV-5421-LC

Sergeant Eryn Carter
Defendant.
_____/

## Plaintiff's response to objection of Defendant

Plaintiff Randy L. Woullard, address Defendant's counsel objection to Plaintiff's first set of interrogatories and states as follows:

1. Plaintiff served interrogatories to Defendant on 2/8/21 affording a (30) day period to respond.

2. Defendant's Counsel objected because answers to interrogatories exceed the Court's Case management/scheduling order [Doc. 28] deadline of Feburary 12, 2021. Defendant's counsel served objection on Feburary 11, 2021.

3. The Court granted extension of due discovery on 2/17/21 in response to Plaintiff's motion 'Extension of time filed on Feburary 9, 2021.

4. The aforementioned facts substantiate Defendant's counsel to answer fully interrogatories submitted on Feburary 8, 2021 id. And the extension of time to March 17, 2021 for discovery exclude prior Feburary 12, 2021 deadline of having any legal standing. id. Therefore, Plaintiff

1 of 2

FILED USDC FLND TL
MAR 4 '21 PM3:26

ask this Court to exercise its equitable power to compel Defendant to answer previous submitted interrogatories without further delay or undue burden.

I declare that the herein facts are true and correct as stated herein under penalty of perjury. Executed on Feburary 26, 2021.

/s/ RLW
Randy L. Woullard

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true & correct copy of the foregoing motion 'Plaintiff's response to objection of Defendant' was served by U.S. Mail on opposing counsel, PL-01, The Capitol, 400 S. Monroe St., Tallahassee FL 32399 and Clerk of Court, U.S. District, 111 N. Adams St. Tallahassee, Fl 32301-7717 on _____.

/s/ RLW
Randy L. Woullard
DC# 618997
New River C. I
P.O. Box 900
Raiford, Fl 32083

2 of 2

Mandy L. Woullard
DC# 618997  G-3206
New River Correctional Institution
P.O. Box 900
Raiford, FL 32083

Mailed From a State Correctional Institution



MAR 04 2021

Clerk of Court
U.S. District Court
111 N. Adams Street
Tallahassee Fl. 32301-7717

3230137730 C001

LEGAL MAIL PROVIDED TO
NEW RIVER C.I.

MAR 0 1 2021

FOR MAILING
INMATES INITIALS