IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY L. WOULLARD,

     Plaintiff,

vs.                      CASE NO: 3:20-CV-5421-LC-MAF

SERGEANT ERYN CARTER,

     Defendant.

_____/

## **O R D E R**

This matter is before the Court on the magistrate judge's Report and Recommendation dated June 10, 2021 (ECF No. 63), which recommends denying Defendant's Motion for Summary Judgment (ECF No. 51). The Report recommends that Plaintiff's claims for violations of the Eighth Amendment, the mental and emotional damages, and the state tort claims proceed against Defendant Carter and the request for criminal prosecution be dismissed.

The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      Defendant's Motion for Summary Judgment (ECF No. 51) is DENIED.

3.      Plaintiff's request for a criminal prosecution against Defendant is DISMISSED for lack of standing.

4.      Plaintiff's claim alleging sexual harassment and sexual abuse in violation of the Eighth Amendment and the state tort claims of sexual assault and battery shall PROCEED against Defendant.

5.      Plaintiff's claims for compensatory, punitive, and mental and emotional damages shall PROCEED against Defendant.

6.      The case is remanded to the Magistrate Judge for further proceedings consistent with this Order.

DONE AND ORDERED this 20th day of July, 2021.


s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**




Case No. 3:20-cv-5421-LC-MAF