IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RANDY L. WOULLARD,**

    **Plaintiff,**

**vs.**                                                            **CASE NO: 3:20-CV-5421-LC-MAF**

**SERGEANT ERYN CARTER,**

    **Defendant.**

_____/

**O R D E R**

This Cause comes before the Court upon Plaintiff's recent filing entitled "Motion for an Order Compelling Discovery" for a request he sent to Defendant on September 13, 2021. ECF No. 87. Plaintiff claims that Defendant has not fully answered admissions numbered 12 through 23; separately, he also states he has "not received the answers." Id. Plaintiff alleges that "Defendant has shown a consistent pattern" of refusing discovery requests until he compels an order from the Court. Id. The Court construes Plaintiff's motion as one filed pursuant to Fed. R. Civ. P. 37. For the reasons stated, Plaintiff's motion is due to be denied.

Pursuant to Fed. R. Civ. P. 36 (a)(3), "[a] matter is admitted unless, within 30 days of being served, the party to whom the request is directed

serves . . . a written answer or objection." However, a motion for an order compelling disclosure or discovery "must include a certification that the movant has in good faith conferred or attempted to confer with the person failing to make the disclosure . . . in an effort to obtain it without court action." Fed. R. Civ. P. 37. Plaintiff mailed the instant motion on the 30th day and did not certify that he attempted to obtain Defendant's answers without court action. It is also unclear from the motion whether Defendant failed to respond to the admissions 12 though 23 at all or if he just failed to answer them "fully." See ECF No. 87. The supplemental discovery period is open until **November 14, 2021**.

The time within which Defendant was required to respond to Plaintiff's discovery request was set to expire on the same date Plaintiff filed this motion to the Court. Thus, Plaintiff's motion is premature. Accordingly, it is

**ORDERED**:

Plaintiff's "Motion for an Order Compelling Discovery," ECF No. 87, is **DENIED**, without prejudice.

**DONE AND ORDERED** in chambers on October 19, 2021.

                                        s/ Martin A. Fitzpatrick
                                        **MARTIN A. FITZPATRICK**
                                        **UNITED STATES MAGISTRATE JUDGE**