PROVIDED TO APALACHEE
CORRECTIONAL INSTITUTION
ON 10/27/21
FOR MAILING
RLW

Randy L. Woullard
DC# 618997  Y2105
Apalachee C.I. E/U
35 Apalachee Dr.
Sneads, FL 32460

October 27, 2021

RE: Randy L. Woullard v. Eryn Carter
Case # 3:20 CV 5421-LC-MAF

Clerk of Court:

Madam or Sir; my interest is information and clarification as a pro se Plaintiff in abovestyle case as follow:

1. I have had (2) subpoena directly filed to FDOC secretary for production of document returned due to not filing appropriately. Therefore, I need clarification as if I am suppose to file my subpoena duces tecum directly to the clerk of Court whom is to issue it to the FDOC Secretary?;

2. I need clarification if I can submitt my summary judgement in above-style case at this time; and

3. Can you please send me a civil docket for case abovementioned?

Needless to say, thank you for your assistance!

FILED USDC FLND TL
NOV 1 '21 PM3:24

Randy L. Wouklard
DC# 618997   Y2105
Apalachee Correctional Institution
35 Apalachee Drive
Sneads, Fl 32460

NOV 0 1 2021

Clerk of Court
U.S. District Court
111 N. Adams Street
Tallahassee, Fl 32301-7717

10/27/21

PROVIDED TO APALACHEE
CORRECTIONAL INSTITUTION
ON _____
FOR MAILING