IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY L. WOULLARD,

    Plaintiff,

vs.                                    CASE NO: 3:20-CV-5421-MCR-MAF

SERGEANT ERYN CARTER,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on the magistrate judge's Report and Recommendation dated December 17, 2021 (ECF No. 94), which recommends denying Plaintiff's Motion for Summary Judgment as moot (ECF No. 90).

The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections. Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 94) is adopted and incorporated by reference in this order.

2. Plaintiff's Motion for Summary Judgment (ECF No. 90) is DENIED as MOOT.

3. The case is remanded to the Magistrate Judge for further proceedings consistent with this Order.

DONE AND ORDERED this 10th day of January 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**